# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00318-MR

| | | |
|---|---|---|
| **EXELA PHARMA SCIENCES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **SANDOZ, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's motions for the admission of attorneys Christina D. Brown-Marshall and Corrin N. Drakulich as counsel *pro hac vice*. [Docs. 8, 9]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motions [Docs. 8, 9] are **ALLOWED**, and Christina D. Brown-Marshall and Corrin N. Drakulich are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 15, 2019

Martin Reidinger
United States District Judge