# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00318-MR

| | |
|---|---|
| **EXELA PHARMA SCIENCES, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**SANDOZ, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motions for the admission of attorneys William W. Wilkins, Susan Cook, and David J. Horowitz as counsel *pro hac vice*. [Docs. 22, 23, 24]. Upon careful review and consideration, the Court will allow the motions.[1]

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 22, 23, 24] are **ALLOWED**, and William W. Wilkins, Susan Cook, and David J. Horowitz are hereby granted *pro hac vice* admission to the bar of this

---

[1] The Defendant's Motions indicate that defense counsel had conferred with Plaintiff's counsel and that Plaintiff's counsel had indicated that they opposed the admission of these attorneys *pro hac vice*. The Plaintiff, however, did not file any response in opposition to the Defendant's Motions. Accordingly, any objections that the Plaintiff may have to the admission of these attorneys is deemed waived.

Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 9, 2020

Martin Reidinger
United States District Judge